THE BROWNYARD GROUP

USF+G INSURANCE

United States Fidelity And Guaranty Company
385 Washington St., St. Paul MN 55102-1396

# COMMON POLICY DECLARATIONS

POLICY NO.: D067L01062

RENEWAL OF: DRE3748400

NAMED INSURED AND MAILING ADDRESS:

ENVIRONMENTAL SECURITY OF DOTHAN, INC.
1404 ENTERPRISE STREET
DOTHAN, ALABAMA 36303

PRODUCER:

W. H. BROWNYARD CORPORATION
21 MAPLE AVENUE, CN9175
BAY SHORE, NY 11706

POLICY PERIOD: From 12 / 07 / 2001 to 12 / 07 / 2002 12:01 A.M. Standard Time at your Mailing Address above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE PARTS | PREMIUM |
|---|---|
| ☒ Commercial General Liability | $ 4,153. |
| ☐ Commercial Auto | $ |
| ☐ Commercial Property | $ |
| ☐ Commercial Inland Marine | $ |
| ☐ Premium is payable in installments: See endorsement. | TOTAL POLICY → PREMIUM $ 4,153. |

**FORMS APPLICABLE TO ALL COVERAGE PARTS:**

SEE FORMS INDEX

**BUSINESS DESCRIPTION:** PEST CONTROL OPERATIONS

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE FORMS(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

Date issued: 12/13/01 FB

EXHIBIT C

Countersigned by: Lawrence W. Brownyard

BSI 0001 5/98

THE BROWNYARD GROUP

USF+G INSURANCE
United States Fidelity And Guaranty Company
385 Washington St., St. Paul MN 55102-1396

# COMMON GENERAL LIABILITY COVERAGE PART DECLARATIONS

POLICY NO.: D067L01062 EFFECTIVE DATE: 12/07/01

NAMED INSURED: ENVIRONMENTAL SECURITY OF DOTHAN, INC. RENEWAL OF: DRE3748400

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS) | $3,000,000. | |
| PRODUCTS COMPLETED OPERATIONS AGGREATE LIMIT | $3,000,000. | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000. | |
| EACH OCCURRENCE LIMITS | $1,000,000. | |
| FIRE DAMAGE LIMIT | $50,000. | Any One Fire |
| MEDICAL EXPENSE LIMIT | $5,000. | Any One Person |

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE | ADVANCE PR/CO | PREMIUM ALL OTHER |
|---|---|---|---|---|---|
| **Exterminators** | 43470 | 245,000. | 16.40 | INCLUDED | 4,018. |
| **Fumigating** | 43860 | "IF ANY" | 16.40 | INCLUDED | "IF ANY" |
| **Pollution Liability - Designated Sites** | | | | | 135. |
| | | | TOTAL | $INCLUDED | $4,153 |

| | | |
|---|---|---|
| LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: VARIOUS | TOTAL ADVANCE PREMIUM FOR THIS → COVERAGE PART | $4,153. |

FORM OF BUSINESS: ☐ Individual ☐ Joint Venture ☐ Partnership ☒ Corporation ☐ Other

THESE DECLARATIONS, WHEN COMBINED WITH THE COMMON POLICY DECLARATIONS, THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

BSI 0002 5/98

# FORMS INDEX

| | |
|---|---|
| UC10040197 | Commercial Insurance Policy Jacket |
| BSI00010598 | Common Policy Declarations |
| BSI00020598 | Common General Liability Coverage Part Declarations |
| CG00010798 | Commercial General Liability Coverage Form |
| BSI20030499 | Pollution Liability Coverage - Designated Sites |
| CG00570999 | Amendment of Insuring Agreement – Known Injury or Damage |
| BPC90011299 | Exterminator's Liability Endorsement |
| BPC90061299 | Supplemental Pesticide or Herbicide Applicator Coverage |
| BSI50010598 | Lost Key Coverage Endorsement |
| BSI40050499 | Definitions Personal Injury and Advertising Injury |
| CG03000196 | Deductible Liability Insurance |
| BPC90081299 | Exclusion - Radon Testing or Operations |
| BPC90091299 | Exclusion - Testing or Consulting Errors and Omissions |
| CG21460798 | Abuse or Molestation Exclusion |
| CG21470798 | Employee Related Practices Exclusion |
| CL/CG21020789 | Asbestos Exclusion |
| CL/CG21230892 | Exclusion Lead |
| IL00171198 | Common Policy Conditions |
| IL00210498 | Nuclear Energy Exclusion Broad Form |
| CL/IL9001092 | Important Notice First Renewal with Lead |
| BSI30071198 | Exclusion Year 2000 or Other Computer |
| BPC90021299 | Pest Inspection Damage Liability Coverage |
| BPC90031299 | Pollution Liability Coverage Auto Hazard |
| BPC90101299 | Blanket Additional Insured |

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

 Copyright, Insurance Services Office, Inc., 1997 

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

 Copyright, Insurance Services Office, Inc., 1997 

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

 Copyright, Insurance Services Office, Inc., 1997 

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance ; and

   **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

   **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   **a.** "Personal and advertising injury":

   **(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

   **(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

   **(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

   **(4)** Arising out of a criminal act committed by or at the direction of any insured;

   **(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

   **(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

   **(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

   **(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

   **(9)** Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section; or

   **(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

   **b.** Any loss, cost or expense arising out of any:

   **(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

1. **Insuring Agreement**

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

   **(1)** On premises you own or rent;

   **(2)** On ways next to premises you own or rent; or

   **(3)** Because of your operations;

   provided that:

   **(1)** The accident takes place in the "coverage territory" and during the policy period;

   **(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

   **(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.


Copyright, Insurance Services Office, Inc., 1997

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage **A.**

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

 Copyright, Insurance Services Office, Inc., 1997 

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

 Copyright, Insurance Services Office, Inc., 1997 

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C;**

b. Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage **A;** and

b. Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.


Copyright, Insurance Services Office, Inc., 1997

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

 Copyright, Insurance Services Office, Inc., 1997 

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

 Copyright, Insurance Services Office, Inc., 1997 

**b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

**c.** All parts of the world if:

**(1)** The injury or damage arises out of:

**(a)** Goods or products made or sold by you in the territory described in **a.** above; or

**(b)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

**(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

 Copyright, Insurance Services Office, Inc., 1997 

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.


Copyright, Insurance Services Office, Inc., 1997

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(1)** You;

**(2)** Others trading under your name; or

**(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**21.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** The providing of or failure to provide warnings or instructions.


Copyright, Insurance Services Office, Inc., 1997

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY COVERAGE - DESIGNATED SITES

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

## SCHEDULE

| | |
|---|---|
| **Each Pollution Incident Limit** | **$1,000,000.** |
| **Pollution Liability Aggregate Limit** | **$1,000,000.** |
| **Property Damage Deductible** | **$750. Each Pollution Incident** |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. The following is added to COVERAGES (Section I):

COVERAGE E - LIMITED POLLUTION COVERAGE

1. Insuring Agreement - Bodily Injury and Property Damage Liability

a. We will pay those sums that the insured becomes legally obligated to pay as compensatory damages because of "bodily injury", "property damage" or "clean up costs" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "clean up costs" to which this insurance does not apply. We may, at our discretion, investigate any "pollution incident" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages and "clean up costs" is limited as described in LIMITS OF INSURANCE (Section III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments, settlements or "clean-up costs".

b. This insurance applies to "bodily injury"," property damage" and "environmental damage" only if:

(1) The "bodily injury", "property damage" or "environmental damage" is caused by a "pollution incident":

(a) Which commences during the policy period or after the effective date of attachment of

this endorsement, whichever is the later date, and prior to the expiration of this policy;

(b) Which commences at a "work site" within the "coverage territory"; and

(c) That begins and ends within 72 hours; and

(2) The insured's responsibility to pay damages because of "bodily injury", "property damage" or "environmental damage" is determined in a "suit" on the merits in the "coverage territory" or in a settlement we agree to.

All claims for damages because of "bodily injury" to the same person, including damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury", will be deemed to have been made at the time the first of those claims is made against any insured.

All claims for damages because of "property damage" and "environmental damage" causing loss to the same person or organization as a result of a "pollution incident" will be deemed to have been made at the time the first of those claims is made against any insured.

2. Insuring Agreement - Reimbursement of Mandated Off-Site Clean-Up Costs

a. We will pay for "clean-up costs" that the insured becomes legally obligated to pay for because of "environmental damage" to which this insurance applies. We have the right but not the duty to investigate, settle, contest or appeal, at our expense, any obligation asserted against an insured to pay "clean-up costs". But the amount we will pay for such "clean-up costs" is limited as described in LIMITS OF INSURANCE (Section III); and

b. This insurance applies to "environmental damage" only if:

(1) The "environmental damage" is caused by a "pollution incident" that occurs during the policy period from an "insured site" in the "coverage territory"; and

(2) The insured's obligation to pay "clean-up costs" because of the "environmental damage" is asserted under the statutory authority of the government of the United States of America, Canada or any governmental subdivisions of the United States or Canada. Notice asserting such obligation must be first received by you during the policy period.

3. No other obligation or liability to pay sums or to perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

4. Exclusions

This insurance does not apply to:

a. Expected or Intended Injury

"Bodily injury", "property damage" or "environmental damage" expected or intended from the standpoint of the insured.

b. Contractual Liability

"Bodily injury", "property damage" or "environmental damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

c. Workers' Compensation and Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

d. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

e. Damage to Property or Environment

"Property damage" or "environmental damage" to:

(1) A "waste facility";

(2) Property you own, rent, or occupy;

(3) Premises you sell, give away or abandon, if the "property damage" or "environmental damage" arises out of any part of those premises; or

(4) Property loaned to you.

f. Clean-Up Costs

"Clean-up costs" or any other expense incurred by you or others to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize "pollutants" on or at:

(1) A "waste facility"; or
(2) Premises you own, rent or occupy;

or to any recovery claimed for such cost or expense.

g. Products-Completed Operations Hazard

"Bodily injury", "property damage" or "environmental damage" included within the "products-completed operations hazard" and arising out of an emission, discharge, release or escape which originates away from any "insured site".

h. Offshore Facility

"Bodily injury", "property damage" or "environmental damage" arising out of the ownership or operation of any offshore facility as defined in the Outer Continental Shelf Lands Act Amendment of 1978 or the Clean Water Act of 1977 as amended 1978 or any deep water port as defined in the Deep water Port Act of 1974 as amended or as may be amended.

i. Aircraft, Auto, Rolling Stock or Watercraft

"Bodily injury", "property damage" or "environmental damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto", rolling stock or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the Aauto≅ is not owned by or rented or loaned to you or the insured; or

(2) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

j. Wells

"Bodily injury", "property damage" or "environmental damage" arising out of the emission, discharge, release or escape of drilling fluid, oil, gas or other fluids from any oil, gas, mineral, water or geothermal well.

k. Failure to Comply with Environmental Laws

"Bodily injury", "property damage" or "environmental damage" arising out of a "pollution incident" which results from or is directly or indirectly attributable to failure to comply with any applicable statute, regulation, ordinance, directive or order relating to the protection of the environment and promulgated by any governmental body, provided that failure to comply is a willful or deliberate act or omission of:

(1) The insured; or

(2) You or any of your members, partners or "executive officers".

l. Acid Rain

"Bodily injury", "property damage" or "environmental damage" arising out of acid rain.

B. SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is amended to read:

SUPPLEMENTARY PAYMENTS - COVERAGES A, B AND E.

SECTION III - LIMITS OF INSURANCE is amended as follows:

Paragraph 1 is replaced by the following:

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insurers;

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. Governmental actions taken with respect to "clean-up costs".

Paragraph 2 is replaced by the following:

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

   c. Damages under Coverage B; and

   d. Damages under Coverage E.

3. The following is added:

   8. Subject to 2. above (the General Aggregate Limit) the Pollution Liability Aggregate Limit is the most we will pay for the sum of:

      a. All damages because of all "bodily injury" and "property damage"; and

      b. All "clean up costs" incurred because of all "environmental damage" that results from all "pollution incidents".

   9. Subject to 2 above (the General Aggregate Limit) and 8. above (the Pollution Liability Aggregate Limit) the Each Pollution Incident Limit is the most we will pay for:

      a. All damages because of all "bodily injury" and "property damage";

      b. All "cleanup costs" incurred because of all environmental damage arising from any one "pollution incident".

3. We will pay damages and "clean-up costs" only for the amount of the damages or "clean-up costs" which are in excess of the deductible amount, if any, shown in the Declarations.

   We may, or will if required by law, pay all of any deductible amount, if applicable, to effect settlement of any claim or "suit". Upon notice of our payment of a deductible amount, you shall promptly reimburse us for the part of the deductible amount we paid.

   The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

D. Paragraph 4., Other Insurance, of CONDITIONS (Section IV) is amended as follows:

   All references to Coverages A or B are amended to read Coverages A, B or E.

SECTION V - DEFINITIONS

The following definitions are added to SECTION V - DEFINITIONS:

1. "Clean-up costs" means expenses for the removal or neutralization of contaminants, irritants or "pollutants".

2. "Environmental damage" means the injurious presence in or upon land, the atmosphere, or any watercourse or body of water of solid, liquid, gaseous or thermal contaminants, irritants or "pollutants".

3. "Pollution incident" means emission, discharge, release or escape of "pollutants" into or upon land, the

atmosphere, or any watercourse or body of water, provided that such emission, discharge, release or escape results in "environmental damage". The entirety of any such emission, discharge, release or escape shall be deemed to be one "pollution incident".

4. "Waste facility" means any site to which waste from the operations of an "insured site" is legally consigned for delivery or delivered for storage, disposal, processing or treatment, provided that such site:

   a. Is licensed by state or federal authority to perform such storage, disposal, processing or treatment; and

   b. Is not and never was owned by, rented or loaned to you.

5. "Work site" means any site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations. "Work site" does not include any premises, site or location which is or was at any time owned or occupied by or rented to any insured.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 Copyright, Insurance Services Office, Inc., 1998 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXTERMINATOR'S LIABILITY ENDORSEMENT (INCLUDING FUMIGATING OPERATIONS)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

1. Exclusion j. under Coverage A. (Section I) is replaced by the following:

   j. "Property damage" to:
   (1) Property you:
   (a) own;
   (b) rent; or
   (c) occupy; or

   (2) Premises you:
   (a) sell;
   (b) give away; or
   (c) abandon; or

   (3) Property loaned to you.

   Paragraph (2) applies only if the "property damage" arises out of any part of those premises; or

   Paragraph (3) does not apply to liability assumed under a sidetrack agreement.

2. The following additional exclusion is added:

   The insurance does not apply to "bodily injury", "property damage", or "personal injury" arising out of:

   (1) The insured's violation of any:
   (a) State;
   (b) Federal; or
   (c) Local ordinance; or

   (2) The use of any chemical that is prohibited by:
   (a) The Environmental Protection Agency;
   (b) The Food and Drug Administration; or
   (c) Any other federal, state or local agency.

   Subparagraph (2) does not apply to the use of any chemical prior to its prohibition date.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SUPPLEMENTAL PESTICIDE OR HERBICIDE APPLICATOR COVERAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**Description of Operations:**

**EXTERMINATOR**

With respect to any Operations shown in the Schedule of this endorsement, Paragraph (1) (a) of Exclusion f. of Coverage A (Section 1) does not apply if the discharge, dispersal, release or escape of the pesticide or herbicide is sudden and accidental.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOST KEY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

The coverage extension provided by this endorsement is subject to the following deductible and sublimit provisions:

| | | |
|---|---|---|
| **Deductible:** | **$1,000.** | **per occurrence** |
| **Limit:** | **$50,000.** | **per occurrence** |
| **Aggregate Limit:** | **$50,000.** | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages) is amended as follows:

THE FOLLOWING PERTAINS TO PROPERTY DAMAGE LIABILITY ONLY.

Coverage for property of others in the care, custody and control of the insured is extended to add the loss of keys which are in the possession of the insured or the insureds employees subject to the following additional provisions:

A. Our liability for all damages because of property damage due to lost keys is limited to:

(1) The actual cost of keys;
(2) Adjustment of locks to accept new keys; or
(3) New locks, if required, including cost of their installation.

B. The following is added to SECTION III - LIMITS OF INSURANCE:

Subject to 5. Above, the Aggregate Limit shown for the Lost Key Coverage Endorsement is the most that we will pay for all property damage payable under the terms of this endorsement. Subject to the Aggregate Limit, the per occurrence limit shown above is the most we will pay for all property damage payable under the terms of this endorsement.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEFINITIONS - PERSONAL INJURY AND ADVERTISING INJURY

This endorsement modifies insurance provided under this Policy.

It is agreed, that the coverage provided by this Policy is amended as follows:

A. The Definition of the term "Personal and Advertising Injury" is replaced by the following:

1 "Advertising injury" means injury arising out of one or more of the following offenses:
   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;
   b. Oral or written publication of material that violates a person's right to privacy;
   c. Misrepresentation of advertising ideas or style of doing business; or
   d. Infringement of copyright, title or slogan.

2. "Personal injury" means injury other than "bodily injury", arising out of one or more of the following offenses:
   a. False arrest, detention, or imprisonment;
   b. Malicious prosecution;
   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises, that a person occupies, by or on behalf of its owner, landlord or lessor;
   d. Oral or written publication of material that slanders or libels a person's or organization's goods, products, or services; or
   e. Oral or written publication of material that violates a person's right to privacy.

B. All references to "personal and advertising injury" are altered to read "personal injury" or "advertising injury"

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible PER CLAIM | or | PER OCCURRENCE |
|---|---|---|---|
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ **1,000.** |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

 Copyright, Insurance Services Office, Inc., 1994 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – RADON TESTING OR OPERATIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury" or "property damage" arising out of:

1. radon testing performed by the insured; or
2. any activity relating to or the sale of Radon Testing Kits.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION –TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** and **DOES NOT** apply to classes and operations listed on the Declarations page of this Policy:

This insurance does not apply to "bodily injury", "property damage" or "personal injury" and "advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

   **a.** Any test performed; or

   **b.** Any evaluation, consultation or advice given;

   by or on behalf of any insured.

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

 Copyright, Insurance Services Office, Inc., 1997  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 Copyright, Insurance Services Office, Inc., 1997  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "personal injury" or "property damage" arising out of the actual, alleged or threatened exposure to asbestos; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of asbestos; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of asbestos.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1984.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "personal injury" or "property damage" arising out of the actual, alleged or threatened exposure to lead, paint containing lead, or any other material or substance containing lead; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of lead, paint containing lead, or any other material or substance containing lead; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of lead, paint containing lead, or any other material or substance containing lead.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1988.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

 Copyright, Insurance Services Office, Inc., 1997 

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

 Copyright, Insurance Services Office, Inc., 1997 

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.


Copyright, Insurance Services Office, Inc., 1997

USF+G INSURANCE

# IMPORTANT NOTICE

## LEAD EXCLUSION

THIS NOTICE IS TO INFORM YOU OF AN EXCLUSION THAT HAS BEEN ADDED TO YOUR POLICY BY ENDORSEMENT. THE ENDORSEMENT, EXCLUSION-LEAD, MODIFIES EACH OF THE COVERAGE PARTS SHOWN IN ITS PREAMBLE. ONE OR MORE OR THOSE COVERAGE PARTS IS PART OF YOUR POLICY. PLEASE READ THE ENDORSEMENT CAREFULLY.

The endorsement excludes any liability you may have for injury or damage arising out of lead, paint containing lead, or any other material or substance containing lead, This includes any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove or contain lead, paint containing lead, or any other material or substance containing lead.

This summary is not a substitute for the provisions of the endorsement. The policy alone determines the scope of your insurance protection. If you have any questions about your policy, contact your independent agent representing USF&G Insurance.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – YEAR 2000 OR OTHER COMPUTER-RELATED OR ELECTRONIC DATE OR YEAR PROBLEMS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

1. The following exclusion is added to Paragraph 2., **Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (Section I), **COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY** (Section I) and **COVERAGE D. ERRORS AND OMISSIONS LIABILITY** (Section I):

   **Year 2000 or Other Computer-Related or Electronic Date or Year Problems**

   This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" (or "personal and advertising injury" if defined as such in this policy), or errors and omissions arising directly or indirectly out of:

   a. Any actual, alleged, or potential "Year 2000 or other computer-related or electronic date or year problem"; or
   b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, or supervision done or provided by or for you to determine, rectify, or test for any such problem.

2. The following definitions are added to the **DEFINITIONS** Section:

   a. "Year 2000 or other computer-related or electronic date or year problem" means any inadequacy, failure, or malfunction of any of the following which is or was caused by the inability to correctly accept, distinguish, interpret, process, or recognize the Year 2000 or beyond, or any date in the Year 1999, 2000 or beyond:

      (1) Any "computer component, equipment, program, or system", whether belonging to any insured or any other person or organization.
      (2) Any other product, or any data, function, or service, that in any manner directly or indirectly uses or relies on such "computer component, equipment, program, or system".

   b. "Computer component, equipment, program, or system" means any:

      (1) Computer application software;
      (2) Computer hardware, including any microprocessor or computer chip that is part of a computer system;
      (3) Computer network;
      (4) Computer operating system and related software;
      (5) Microprocessor or computer chip that isn't part of a computer system, including any embedded chip; or
      (6) Other computerized or electronic component or equipment.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PEST INSPECTION DAMAGE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

**LIMITS OF INSURANCE:**

| | |
|---|---|
| **Per Occurrence Pest Inspection Damage Limit** | $ 100,000. |
| **Aggregate Pest Inspection Damage Limit** | $ 300,000. |
| **Pest Inspection Damage Deductible** | $ 2,500. **Per "Occurrence" For Any One Person or Organization** |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. The following is added to COVERAGES (Section I):

**Pest Inspection Damage Liability Coverage**

1. Insuring Agreement - Bodily Injury and Property Damage Liability

a. We will pay those sums that the insured becomes legally obligated to pay as compensatory damages because of "pest inspection damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (Section III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No provisions contained in any contract the insured has entered into for "pest inspections" will extend or broaden the scope of coverage afforded by this endorsement.

b. This insurance applies to "pest inspection damage":

(1) Arising from a "pest inspection" which takes place in the "coverage territory";

(2) Inspections must be made by the insured during the policy period and in the course of the insured's business as a "pest" control operator or contractor;

(3) Caused by an "occurrence"; and

(4) Which occurs within 24 months of the date of a reported "pest inspection".

Any "pest inspection damage" must be reported to the Company within 24 months of the date of a reported "pest inspection" for it to be a valid claim under the **PEST INSPECTION DAMAGE LIABILITY COVERAGE**.

2. Exclusions

This insurance does not apply to:

a. Any fee charged by the insured for the control or eradication of "pests".

b. "Property damage" or "pest damage" which exists at the time of the "pest inspection".

c. "Bodily injury", "property damage" or "environmental damage" expected or intended from the standpoint of the insured.

B. SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is amended to read:

SUPPLEMENTARY PAYMENTS - COVERAGES A, B AND the **PEST INSPECTION DAMAGE LIABILITY COVERAGE.**

SECTION II – The following is added to WHO IS AN INSURED (SECTION II)

The following provisions apply only to **PEST INSPECTION DAMAGE LIABILITY COVERAGE:**

If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

Your employees other than your executive officers are also insureds, but only for acts within the scope of their employment by you.

SECTION III - LIMITS OF INSURANCE is altered as follows:

The following provisions apply only to the **PEST INSPECTION DAMAGE LIABILITY COVERAGE**

Paragraph 1 is replaced by the following:

The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insurers;

b. Claims made or "suits" brought;

c. Persons or organizations making claims or bringing "suits"; or

Paragraph 2 is replaced by the following:

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

   c. Damages under Coverage B; and

   d. Damages under the PEST INSPECTION DAMAGE LIABILITY COVERAGE.

The following is added:

8. Subject to 2. above (The General Aggregate Limit), the Aggregate Pest Inspection Damage Limit is the most we will pay for the sum of "pest inspection damage".

9. Subject to 2. above (The General Aggregate Limit) and 8. above (the Aggregate Pest Inspection Damage Limit) the most we will pay for the sum of "pest inspection damage" arising out of any one "occurrence" is the lesser of:

   a. The Per Occurrence Pest Inspection Damage Limit, as shown in the Schedule of this Endorsement, minus the Pest Inspection Deductible Amount, if any, shown in the Schedule of this Endorsement; or

   b. The sum of those damages minus the Pest Inspection Deductible Amount, if any, shown in the Schedule of this Endorsement.

The Limits of Insurance of this Endorsement, as shown in the Schedule of this Endorsement, apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

SECTION IV – CONDITIONS is amended as follows:

Paragraph 8., Other Insurance, is amended as follows:

All references to Coverages A or B are amended to read Coverages A, B or the PEST INSPECTION DAMAGE LIABILITY COVERAGE.

The following paragraph is added:

14. Maintenance of Pest Control Inspection Records

You shall keep and maintain at your business office, a copy of a completed graph on a form specified by us a listing of all "pest inspections" performed. A copy of this completed graph shall be submitted to us as often as we reasonably require it.

SECTION V - DEFINITIONS

The following additional definitions which are applicable only to **PEST INSPECTION DAMAGE LIABILITY COVERAGE** are added to DEFINITIONS (Section V):

1. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

2. "Occurrence" means an active "pest" infestation of property, including continuous or repeated exposure to substantially the same general harmful conditions, which existed, but was not indicated on the insured's "inspection report" at the time of the "pest inspection".

3. "Pest" means structural pests and all invertebrate wood destroying organisms.

4. "Pest Inspection" means:

   a. a service performed in the course of your business as a "pest" control operator or contractor, for which a fee is charged; and

   b. a service performed to determine the presence of "pests" at a designated location in your service contract for the service.

5. "Pest inspection damage" means any physical injury to property which:

   a. Necessitates repair or replacement of damaged portions of such damaged property; and

   b. Such injury results from a "pest" infestation which was not indicated on the inspection report, but should have been discovered through routine inspections of property that was accessible at the time of the "pest inspection".

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY—AUTO HAZARD COVERAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

**Limits of Insurance:**

Per Occurrence Pollution Liability -Auto Hazard Coverage Limit **$ 1,000,000.**

**Deductible:**

Per Occurrence Pollution Liability - Auto Hazard Deductible **$ 1,000.**

**Premium:** **$ INCLUDED**

A. The following is added to COVERAGES (Section I):

**Pollution Liability– Auto Hazard Coverage**

1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will also pay those sums that the insured legally must pay as a "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "occurrence". We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for such damage is limited as described in LIMITS OF INSURANCE (Section III); and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or **Pollution Liability – Auto Hazard Coverage** or medical expenses under Coverage C.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

## POLLUTION LIABILITY—AUTO HAZARD COVERAGE

(3) The "bodily injury" or "property damage" arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" that are, or that are contained in, any property that is:

(a) Being transported or towed by, handled, or handled for movement into, onto or from, any "auto" owned by, rented to or leased to, or used by the insured;

(b) Otherwise in the course of transit by or on behalf of the insured; or

(c) Being stored, disposed of, treated or processed in or upon any "auto" owned by, rented to or leased to, or used by the insured.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. Exclusions

This insurance does not apply to:

a. Any obligation imposed on the insured or any company as its insurer under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

b. "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse or child, parent, brother or sister of that employee as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

c. "Bodily injury" to any fellow employee of the insured arising out of and in the course of the fellow employee's employment.

d. "Bodily injury" or "property damage" for which the insured has assumed liability under any contract or agreement.

But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the insured would have in the absence of the contract or agreement.

e. "Property damage" to or "covered pollution cost or expense" involving property owned or transported by the insured or in the insured's care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

f. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

g. "Bodily injury or "property damage" resulting from the handling of property:

(1) Before it is moved from the place where it is accepted by the insured for movement into or onto any "auto" owned by, rented to or leased to, or used by the insured; or

(2) After it is moved from any "auto" owned by, rented to or leased to, or used by the insured, to the place where it is finally delivered by the insured.

h. "Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to any "auto" owned by, rented to or leased to, or used by the insured.

i. "Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs f. (2) and f. (3) of the definition of "mobile equipment".

j. "Bodily injury" or "property damage" arising out of "your work" and included in the "products-completed operations hazard".

k. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

l. "Bodily injury", "property damage" or "covered pollution cost or expense" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of:

(1) Fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of any "auto" owned by, rented to or leased to, or used by the insured or the parts of such "auto", if:

(a) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(b) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs f. (2) and f. (3) of the definition of "mobile equipment".

(2) "Pollutants" not in or upon any "auto" owned by, rented to or leased to or used by the insured caused by an "occurrence" which happens away from premises owned by or rented to an insured.

(a) Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto such auto; or

(b) After the "pollutants" or any property in which the "pollutants" are contained are moved from any "auto" owned by, rented to or leased to, or used by the insured to the place where they are finally delivered, disposed of or abandoned by the insured;

If:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of any "auto" owned by, rented to or leased to, or used by the insured; and

(b) The discharge, disposal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

B. LIMITS OF INSURANCE (Section III) is amended as follows:

The following provisions apply only to **Pollution Liability – Auto Hazard Coverage.**

Paragraph 1 is replaced by the following:

1. The Limits of Insurance shown above in the Schedule of this endorsement and the rules shown below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made; or

   c. Persons or organizations making claims or bringing "suits".

Paragraph 2 is replaced by the following:

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

c. Damages under Coverage B; and

d. Damages under the **Pollution Liability--Auto Hazard Coverage**.

The following is added:

8. Subject to 2. above (the General Aggregate Limit), the most we will pay for damages under **Pollution Liability – Auto Hazard Coverage** incurred because of all "bodily injury" and "property damage" arising out of any one "occurrence" is the lesser of:

a. The Per Occurrence Pollution Liability – Auto Hazard Coverage Limit as shown in the Schedule of this Endorsement , minus the Per Occurrence Pollution Liability - Auto Hazard Deductible, if any, shown in the Schedule of this Endorsement; or

b. The sum of those damages minus the Per Occurrence Pollution Liability - Auto Hazard Deductible, if any, shown in the Schedule of this Endorsement.

With respect to **Pollution Liability– Auto Hazard Coverage** Subparagraph 2.b. of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

b. Damages under Coverage A and **Pollution Liability – Auto Hazard Coverage**, Subparagraph 2.b. of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

We may, or will if required by law, pay part or all of any Deductible Amount, if applicable, to effect settlement of any claim. Upon notice of our payment of a deductible amount, you shall promptly reimburse us for the part of the deductible amount we paid.

C. The following is added to DEFINITIONS (Section V):

The following Additional Definition applies only to **Pollution Liability– Auto Hazard Coverage**.

Additional Definitions

"Covered pollution cost or expense" means any cost or expense arising out of:

a. Any request, demand or order; or

b. Any claim or "suit" by or on behalf of a governmental authority demanding:

that the insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants":

a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto any "auto" owned by, rented to or leased to, or used by the insured; or

b. After the "pollutants" or any property in which the "pollutants" are contained are moved from any "auto" owned by, rented to or leased to, or used by the insured, to the place where they are finally delivered, disposed of or abandoned by the insured.

Paragraphs a. and b. above do not apply to any "occurrence" that occurs away from premises owned by or rented to an insured with respect to "pollutants" not in or upon a covered "auto" if:

a. The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of any "auto" owned by, rented to or leased to, or used by the insured; and

b. The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BLANKET ADDITIONAL INSURED
## (Named Insured's Operations)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

| Additional Insured | Type of Service |
|---|---|
| | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

WHO IS AN INSURED (Section II) is amended to include, as an additional insured:

1. The person, organization, trustee or estate shown in the Schedule or to whom you are obligated by written contract to provide insurance such as that afforded by this policy, or

2. The person, organization, trustee or estate specifically designated as an additional insured on authorized Certificate of Insurance received by us prior to any "occurrence" including the additional insured designated;

but only with respect to acts or omissions arising out of your pest control operations or out of operations from the service noted in the Schedule on behalf of said additional insured.

Nothing herein contained shall be held to waive, vary, alter or extend any condition or provision of the policy other than as stated above.

# NOTICE OF CANCELLATION, NONRENEWAL OR CONDITIONED RENEWAL
(Alabama)

| | |
|---|---|
| KIND OF POLICY: COMMERCIAL GENERAL LIABILITY | |
| POLICY NO.: D067L01062 | |
| CANCELLATION OR EXPIRATION WILL TAKE EFFECT AT: 12/7/02 (DATE) | 12:01A.M. (HOUR-STANDARD TIME) |
| DATE OF MAILING: 09/25/02 FB | |
| ISSUED THROUGH AGENCY OR OFFICE AT: W. H. BROWNYARD CORPORATION, 21 MAPLE AVENUE, CN9175, BAY SHORE, NY 11706-9175 | |

INSURANCE COMPANY: USF&G

NAME AND ADDRESS OF INSURED: ENVIRONMENTAL SECURITY OF DOTHAN, INC.
1404 ENTERPRISE STREET
DOTHAN, ALABAMA 36303

(Applicable item marked ☒)

**Cancellation**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

☐ **Reason(s) for cancellation:** Nonpayment of premium.

See the **"Important Notices"** section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.

**Reason(s) for cancellation:**____________________

See the **"Important Notices"** section for other information that may apply.

**Premium Adjustment:**

☐ Unearned premium will be returned in accordance with the Alabama law and the terms of the policy.

☐ Enclosed is $__________, being the amount of unearned premium for the unexpired term of the policy.

☐ As the premium has not been paid, a bill for the premium earned to the time of cancellation will be forwarded in due course.

☐ Other:____________________

**Nonrenewal**

☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.

See the **"Important Notices"** section for other information that may apply. REASON: "LOSS OF REINSURANCE."

**Conditioned Renewal**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy which will expire effective at and from the date mentioned above, will be renewed, however the renewal will be conditioned on a change in the policy terms and/or an increase in policy premium as described in this notice.

**Important Notices**

**Automobile Insurance Plan Information:** If this cancellation applies to automobile insurance other than that obtained through the Alabama Automobile Insurance Plan, you are possibly eligible for automobile insurance through another insurer or under the Alabama Automobile Insurance Plan. Please contact your agent or this Company for information on securing insurance through the Plan. This information is being provided pursuant to law Section 27-23-24.

☐ **Appeal to Automobile Insurance Plan Governing Committee:** As your policy was one obtained through the Alabama Automobile Insurance Plan, you are hereby advised regarding the above notification of cancellation, that you have the right of appeal to the Governing Committee of the Plan, P.O. Box 530850, Birmingham, Alabama 35253-0850.

☐ **Consumer Report:** In compliance with the Fair Credit Reporting Act (Public Law 91-508) and the Consumer Credit Reform Act of 1996, you are hereby informed that the action taken above is being taken wholly or partly because of information contained in a consumer report from the following consumer reporting agency: (Name)__________(Phone Number)__________
(Address)__________

**Please see additional information for a disclosure of your rights under this federal law.**