THE BROWNYARD GROUP

USF&G INSURANCE

United States Fidelity And Guaranty Company
385 Washington St., St. Paul MN 55102-1396

# COMMON POLICY DECLARATIONS

POLICY NO.: D067L00717

RENEWAL OF: DRE2638900

NAMED INSURED AND MAILING ADDRESS:

KILLINGSWORTH SERVICES, INC.
DBA: KILLINGSWORTH ENVIROMENTAL
P.O. BOX 850033
MOBILE, ALABAMA 36685

PRODUCER:

W. H. BROWNYARD CORPORATION
21 MAPLE AVENUE, CN9175
BAY SHORE, NY 11706

POLICY PERIOD: From 9 / 15 / 2001 to 9 / 15 / 2002 12:01 A.M. Standard Time at your Mailing Address above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PARTS | PREMIUM |
|---|---|
| ☒ Commercial General Liability | $ 1,641. |
| ☐ Commercial Auto | $ |
| ☐ Commercial Property | $ |
| ☐ Commercial Inland Marine | $ |

| | |
|---|---|
| Premium is payable in installments: See endorsement. | TOTAL POLICY → PREMIUM $ 1,641. |

FORMS APPLICABLE TO ALL COVERAGE PARTS:

SEE FORMS INDEX

BUSINESS DESCRIPTION: PEST CONTROL OPERATIONS

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE FORMS(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

EXHIBIT D

Countersigned by: Lawrence W. Brownyard

Date issued: 10/1/01 FB
GI 0001 5/98

THE DROWNYARD GROUP

USF&G INSURANCE

United States Fidelity And Guaranty Company
385 Washington St., St. Paul MN 55102-1396

# MMON GENERAL LIABILITY COVERAGE PART DECLARATIONS

ICY NO.: D067L00717 EFFECTIVE DATE: 09/15/01

MED INSURED: KILLINGSWORTH SERVICES, INC. DBA: LINGSWORTH ENVIROMENTAL RENEWAL OF: DRE2638900

## ITS OF INSURANCE

| | | |
|---|---|---|
| IERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS) | $3,000,000. | |
| )DUCTS COMPLETED OPERATIONS AGGREATE LIMIT | $3,000,000. | |
| ;SONAL & ADVERTISING INJURY LIMIT | $1,000,000. | |
| ;H OCCURRENCE LIMITS | $1,000,000. | |
| E DAMAGE LIMIT | $50,000. | Any One Fire |
| DICAL EXPENSE LIMIT | $5,000. | Any One Person |

| SSIFICATION | CODE NO. | PREMIUM BASIS | RATE | ADVANCE PR/CO | PREMIUM ALL OTHER |
|---|---|---|---|---|---|
| erminators | 43470 | 94,000. | 16.02 | INCLUDED | 1,506. |
| nigating | 43860 | "IF ANY" | 16.02 | INCLUDED | "IF ANY" |
| llution Liability - signated Sites | | | | | 135. |
| | | | TOTAL | $INCLUDED | $1,641. |

| | | |
|---|---|---|
| OCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY: VARIOUS | TOTAL ADVANCE PREMIUM FOR THIS → COVERAGE PART | $1,641. |

ORM OF BUSINESS: ☐ Individual ☐ Joint Venture ☐ Partnership ☒ Corporation ☐ Other

IESE DECLARATIONS, WHEN COMBINED WITH THE COMMON POLICY DECLARATIONS, THE COMMON POLICY CONDITIONS, COVERAGE )RM(S) AND ENDORSMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

SI 0002 5/98

**FORMS INDEX**

| | |
|---|---|
| UC10040197 | Commercial Insurance Policy Jacket |
| BSI00010598 | Common Policy Declarations |
| BSI00020598 | Common General Liability Coverage Part Declarations |
| CG00010798 | Commercial General Liability Coverage Form |
| BSI20030499 | Pollution Liability Coverage - Designated Sites |
| CG00570999 | Amendment of Insuring Agreement – Known Injury or Damage |
| BPC90011299 | Exterminator's Liability Endorsement |
| BPC90061299 | Supplemental Pesticide or Herbicide Applicator Coverage |
| BSI50010598 | Lost Key Coverage Endorsement |
| BSI40050499 | Definitions Personal Injury and Advertising Injury |
| CG03000196 | Deductible Liability Insurance |
| BPC90081299 | Exclusion - Radon Testing or Operations |
| BPC90091299 | Exclusion - Testing or Consulting Errors and Omissions |
| CG21460798 | Abuse or Molestation Exclusion |
| CG21470798 | Employee Related Practices Exclusion |
| CL/CG21020789 | Asbestos Exclusion |
| CL/CG21230892 | Exclusion Lead |
| IL00171198 | Common Policy Conditions |
| IL00210498 | Nuclear Energy Exclusion Broad Form |
| CL/IL9001092 | Important Notice First Renewal with Lead |
| BSI30071198 | Exclusion Year 2000 or Other Computer |
| BPC90021299 | Pest Inspection Damage Liability Coverage |
| BPC90031299 | Pollution Liability Coverage Auto Hazard |
| BPC90101299 | Blanket Additional Insured |

THIS ENDORSEMENT CHA GES THE POLICY. PLEASE R D IT CAREFULLY.

# POLLUTION LIABILITY COVERAGE - DESIGNATED SITES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| | |
|---|---|
| **Each Pollution Incident Limit** | **$1,000,000** |
| **Pollution Liability Aggregate Limit** | **$1,000,000.** |
| **Property Damage Deductible** | **$750. Each Pollution Incident** |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. The following is added to COVERAGES (Section I):

COVERAGE E - LIMITED POLLUTION COVERAGE

1. Insuring Agreement - Bodily Injury and Property Damage Liability

a. We will pay those sums that the insured becomes legally obligated to pay as compensatory damages because of "bodily injury", "property damage" or "clean up costs" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "clean up costs" to which this insurance does not apply. We may, at our discretion, investigate any "pollution incident" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages and "clean up costs" is limited as described in LIMITS OF INSURANCE (Section III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments, settlements or "clean-up costs".

b. This insurance applies to "bodily injury"," property damage" and "environmental damage" only if:

(1) The "bodily injury", "property damage" or "environmental damage" is caused by a "pollution incident":

(a) Which commences during the policy period or after the effective date of attachment of

this endorsement hichever is the later date, and prior to expiration of this policy;

(b) Which commences at a "work site" within the "coverage territory"; and

(c) That begins and ends within 72 hours; and

(2) The insured's responsibility to pay damages because of "bodily injury", "property damage" or "environmental damage" is determined in a "suit" on the merits in the "coverage territory" or in a settlement we agree to.

All claims for damages because of "bodily injury" to the same person, including damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury", will be deemed to have been made at the time the first of those claims is made against any insured.

All claims for damages because of "property damage" and "environmental damage" causing loss to the same person or organization as a result of a "pollution incident" will be deemed to have been made at the time the first of those claims is made against any insured.

2. Insuring Agreement - Reimbursement of Mandated Off-Site Clean-Up Costs

a. We will pay for "clean-up costs" that the insured becomes legally obligated to pay for because of "environmental damage" to which this insurance applies. We have the right but not the duty to investigate, settle, contest or appeal, at our expense, any obligation asserted against an insured to pay "clean-up costs". But the amount we will pay for such "clean-up costs" is limited as described in LIMITS OF INSURANCE (Section III); and

b. This insurance applies to "environmental damage" only if:

(1) The "environmental damage" is caused by a "pollution incident" that occurs during the policy period from an "insured site" in the "coverage territory"; and

(2) The insured's obligation to pay "clean-up costs" because of the "environmental damage" is asserted under the statutory authority of the government of the United States of America, Canada or any governmental subdivisions of the United States or Canada. Notice asserting such obligation must be first received by you during the policy period.

3. No other obligation or liability to pay sums or to perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

4. Exclusions

This insurance does not apply to:

a. Expected or Intended Injury

"Bodily injury", "property damage" or "environmental damage" expected or intended from the standpoint of the insured.

b. Contractual Liability

"Bodily injury", "property damage" or "environmental damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

c. Workers' Compensation and Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

d. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

e. Damage to Property or Environment

"Property damage" or "environmental damage" to:

(1) A "waste facility";

(2) Property you own, rent, or occupy;

(3) Premises you sell, give away or abandon, if the "property damage" or "environmental damage" arises out of any part of those premises; or

(4) Property loaned to yo

f. Clean-Up Costs

"Clean-up costs" or any other expense incurred by you or others to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize "pollutants" on or at:

(1) A "waste facility"; or
(2) Premises you own, rent or occupy;

or to any recovery claimed for such cost or expense.

g. Products-Completed Operations Hazard

"Bodily injury", "property damage" or "environmental damage" included within the "products-completed operations hazard" and arising out of an emission, discharge, release or escape which originates away from any "insured site".

h. Offshore Facility

"Bodily injury", "property damage" or "environmental damage" arising out of the ownership or operation of any offshore facility as defined in the Outer Continental Shelf Lands Act Amendment of 1978 or the Clean Water Act of 1977 as amended 1978 or any deep water port as defined in the Deep water Port Act of 1974 as amended or as may be amended.

i. Aircraft, Auto, Rolling Stock or Watercraft

"Bodily injury", "property damage" or "environmental damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto", rolling stock or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the Aauto≅ is not owned by or rented or loaned to you or the insured; or

(2) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

j. Wells

"Bodily injury", "property damage" or "environmental damage" arising out of the emission, discharge, release or escape of drilling fluid, oil, gas or other fluids from any oil, gas, mineral, water or geothermal well.

k. Failure to Comply with Environmental Laws

"Bodily injury", "property damage" or "environmental damage" arising out of a "pollution incident" which results from or is directly or indirectly attributable to failure to comply with any applicable statute, regulation, ordinance, directive or order relating to the protection of the environment and promulgated by any governmental body, provided that failure to comply is a willful or deliberate act or omission of:

(1) The insured; or

(2) You or any of your members, partners or "executive officers".

l. Acid Rain

"Bodily injury", "property damage" or "environmental damage" arising out of acid rain.

B. SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is amended to read:

SUPPLEMENTARY PAYMENTS - COVERAGES A, B AND E.

SECTION III - LIMITS OF INSURANCE is amended as follows:

Paragraph 1 is replaced by the following:

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insurers;

   b. Claims made or "suits" brought;

   c. Persons or organizations making claims or bringing "suits"; or

   d. Governmental actions taken with respect to "clean-up costs".

Paragraph 2 is replaced by the following:

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

   c. Damages under Coverage B; and

   d. Damages under Coverage E.

3. The following is added:

8. Subject to 2. above (the General Aggregate Limit) the Pollution Liability Aggregate Limit is the most we will pay for the sum of:

a. All damages because of all "bodily injury" and "property damage"; and

b. All "clean up costs" incurred because of all "environmental damage" that results from all "pollution incidents".

9. Subject to 2 above (the General Aggregate Limit) and 8. above (the Pollution Liability Aggregate Limit) the Each Pollution Incident Limit is the most we will pay for:

a. All damages because of all "bodily injury" and "property damage";

b. All "cleanup costs" incurred because of all environmental damage arising from any one "pollution incident".

3. We will pay damages and "clean-up costs" only for the amount of the damages or "clean-up costs" which are in excess of the deductible amount, if any, shown in the Declarations.

We may, or will if required by law, pay all of any deductible amount, if applicable, to effect settlement of any claim or "suit". Upon notice of our payment of a deductible amount, you shall promptly reimburse us for the part of the deductible amount we paid.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

D. Paragraph 4., Other Insurance, of CONDITIONS (Section IV) is amended as follows:

All references to Coverages A or B are amended to read Coverages A, B or E.

SECTION V - DEFINITIONS

The following definitions are added to SECTION V - DEFINITIONS:

1. "Clean-up costs" means expenses for the removal or neutralization of contaminants, irritants or "pollutants".

2. "Environmental damage" means the injurious presence in or upon land, the atmosphere, or any watercourse or body of water of solid, liquid, gaseous or thermal contaminants, irritants or "pollutants".

3. "Pollution incident" means emission, discharge, release or escape of "pollutants" into or upon land, the

atmosphere, or any watercourse ɔody of water, provided that such emi n, discharge, release or escape results in "environmental damage". The entirety of any such emission, discharge, release or escape shall be deemed to be one "pollution incident".

4. "Waste facility" means any site to which waste from the operations of an "insured site" is legally consigned for delivery or delivered for storage, disposal, processing or treatment, provided that such site:

   a. Is licensed by state or federal authority to perform such storage, disposal, processing or treatment; and

   b. Is not and never was owned by, rented or loaned to you.

5. "Work site" means any site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations. "Work site" does not include any premises, site or location which is or was at any time owned or occupied by or rented to any insured.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".


Copyright, Insurance Services Office, Inc., 1998

# EXTERMINATOR'S LIABILITY ENDORSEMENT (INCLUDING FUMIGATING OPERATIONS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. Exclusion j. under Coverage A. (Section I) is replaced by the following:

   j. "Property damage" to:
      (1) Property you:
         (a) own;
         (b) rent; or
         (c) occupy; or

      (2) Premises you:
         (a) sell;
         (b) give away; or
         (c) abandon; or

      (3) Property loaned to you.

      Paragraph (2) applies only if the "property damage" arises out of any part of those premises; or

      Paragraph (3) does not apply to liability assumed under a sidetrack agreement.

2. The following additional exclusion is added:

   The insurance does not apply to "bodily injury", "property damage", or "personal injury" arising out of:

      (1) The insured's violation of any:
         (a) State;
         (b) Federal; or
         (c) Local ordinance; or

      (2) The use of any chemical that is prohibited by:
         (a) The Environmental Protection Agency;
         (b) The Food and Drug Administration; or
         (c) Any other federal, state or local agency.

   Subparagraph (2) does not apply to the use of any chemical prior to its prohibition date.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SUPPLEMENTAL PESTICIDE OR HERBICIDE APPLICATOR COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Description of Operations:**

EXTERMINATOR

With respect to any Operations shown in the Schedule of this endorsement, Paragraph (1) (a) of Exclusion f. of Coverage A (Section 1) does not apply if the discharge, dispersal, release or escape of the pesticide or herbicide is sudden and accidental.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOST KEY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

The coverage extension provided by this endorsement is subject to the following deductible and sublimit provisions:

| | | |
|---|---|---|
| **Deductible:** | **$1,000.** | **per occurrence** |
| **Limit:** | **$50,000.** | **per occurrence** |
| **Aggregate Limit:** | **$50,000.** | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages) is amended as follows:

THE FOLLOWING PERTAINS TO PROPERTY DAMAGE LIABILITY ONLY.

Coverage for property of others in the care, custody and control of the insured is extended to add the loss of keys which are in the possession of the insured or the insureds employees subject to the following additional provisions:

A. Our liability for all damages because of property damage due to lost keys is limited to:

(1) The actual cost of keys;
(2) Adjustment of locks to accept new keys; or
(3) New locks, if required, including cost of their installation.

B. The following is added to SECTION III - LIMITS OF INSURANCE:

Subject to 5. Above, the Aggregate Limit shown for the Lost Key Coverage Endorsement is the most that we will pay for all property damage payable under the terms of this endorsement. Subject to the Aggregate Limit, the per occurrence limit shown above is the most we will pay for all property damage payable under the terms of this endorsement.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEFINITIONS - PERSONAL INJURY AND ADVERTISING INJURY

This endorsement modifies insurance provided under this Policy.

It is agreed, that the coverage provided by this Policy is amended as follows:

A. The Definition of the term "Personal and Advertising Injury" is replaced by the following:

1 "Advertising injury" means injury arising out of one or more of the following offenses:
  a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;
  b. Oral or written publication of material that violates a person's right to privacy;
  c. Misrepresentation of advertising ideas or style of doing business; or
  d. Infringement of copyright, title or slogan.

2. "Personal injury" means injury other than "bodily injury", arising out of one or more of the following offenses:
  a. False arrest, detention, or imprisonment;
  b. Malicious prosecution;
  c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises, that a person occupies, by or on behalf of its owner, landlord or lessor;
  d. Oral or written publication of material that slanders or libels a person's or organization's goods, products, or services; or
  e. Oral or written publication of material that violates a person's right to privacy.

B. All references to "personal and advertising injury" are altered to read "personal injury" or "advertising injury"

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible PER CLAIM | or | PER OCCURRENCE |
|---|---|---|---|
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ 1,000. |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

 Copyright, Insurance Services Office, Inc., 1994 

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:
   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";
   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or
   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:
      (1) "Bodily injury";
      (2) "Property damage"; or
      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:
   1. Our right and duty to defend the insured against any "suits" seeking those damages; and
   2. Your duties in the event of an "occurrence", claim, or "suit"

   apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

 Copyright, Insurance Services Office, Inc., 1994 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – RADON TESTING OR OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" arising out of:

1. radon testing performed by the insured; or
2. any activity relating to or the sale of Radon Testing Kits.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION –TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability** and **DOES NOT** apply to classes and operations listed on the Declarations page of this Policy:

This insurance does not apply to "bodily injury", "property damage" or "personal injury" and "advertising injury" arising out of:

1. An error, omission, defect or deficiency in:

   **a.** Any test performed; or

   **b.** Any evaluation, consultation or advice given;

   by or on behalf of any insured.

2. The reporting of or reliance upon any such test, evaluation, consultation or advice; or

3. An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or
2. The negligent:
   a. Employment;
   b. Investigation;
   c. Supervision;
   d. Reporting to the proper authorities, or failure to so report; or
   e. Retention;

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph 1. above.

 Copyright, Insurance Services Office, Inc., 1997 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.


Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "personal injury" or "property damage" arising out of the actual, alleged or threatened exposure to asbestos; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of asbestos; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of asbestos.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1984.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "personal injury" or "property damage" arising out of the actual, alleged or threatened exposure to lead, paint containing lead, or any other material or substance containing lead; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of lead, paint containing lead, or any other material or substance containing lead; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of lead, paint containing lead, or any other material or substance containing lead.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1988.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998  □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

 Copyright, Insurance Services Office, Inc., 1997  □

(3) The "bodily injury" or "p: :rty damage" arises out of the furnisning by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

 Copyright, Insurance Services Office, Inc., 1997 

"Source material", "special nu  ,ar material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equip...ent or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 Copyright, Insurance Services Office, Inc., 1997 

USF+G INSURANCE

# IMPORTANT NOTICE

## LEAD EXCLUSION

NAMED INSURED:

POLICY NUMBER:

THIS NOTICE IS TO INFORM YOU OF AN EXCLUSION THAT HAS BEEN ADDED TO YOUR POLICY BY ENDORSEMENT. THE ENDORSEMENT, EXCLUSION-LEAD, MODIFIES EACH OF THE COVERAGE PARTS SHOWN IN ITS PREAMBLE. ONE OR MORE OR THOSE COVERAGE PARTS IS PART OF YOUR POLICY. PLEASE READ THE ENDORSEMENT CAREFULLY.

The endorsement excludes any liability you may have for injury or damage arising out of lead, paint containing lead, or any other material or substance containing lead, This includes any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove or contain lead, paint containing lead, or any other material or substance containing lead.

This summary is not a substitute for the provisions of the endorsement. The policy alone determines the scope of your insurance protection. If you have any questions about your policy, contact your independent agent representing USF&G Insurance.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – YEAR 2000 OR OTHER COMPUTER-RELATED OR ELECTRONIC DATE OR YEAR PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to Paragraph 2., **Exclusions** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** (Section I), **COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY** (Section I) and **COVERAGE D. ERRORS AND OMISSIONS LIABILITY** (Section I):

   **Year 2000 or Other Computer-Related or Electronic Date or Year Problems**

   This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" (or "personal and advertising injury" if defined as such in this policy), or errors and omissions arising directly or indirectly out of:

   a. Any actual, alleged, or potential "Year 2000 or other computer-related or electronic date or year problem"; or
   b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, or supervision done or provided by or for you to determine, rectify, or test for any such problem.

2. The following definitions are added to the **DEFINITIONS** Section:

   a. "Year 2000 or other computer-related or electronic date or year problem" means any inadequacy, failure, or malfunction of any of the following which is or was caused by the inability to correctly accept, distinguish, interpret, process, or recognize the Year 2000 or beyond, or any date in the Year 1999, 2000 or beyond:

      (1) Any "computer component, equipment, program, or system", whether belonging to any insured or any other person or organization.
      (2) Any other product, or any data, function, or service, that in any manner directly or indirectly uses or relies on such "computer component, equipment, program, or system".

   b. "Computer component, equipment, program, or system" means any:

      (1) Computer application software;
      (2) Computer hardware, including any microprocessor or computer chip that is part of a computer system;
      (3) Computer network;
      (4) Computer operating system and related software;
      (5) Microprocessor or computer chip that isn't part of a computer system, including any embedded chip; or
      (6) Other computerized or electronic component or equipment.

# PEST INSPECTION DAMAGE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

LIMITS OF INSURANCE:

| | |
|---|---|
| **Per Occurrence Pest Inspection Damage Limit** | **$ 1,000,000.** |
| **Aggregate Pest Inspection Damage Limit** | **$ 3,000,000.** |
| **Pest Inspection Damage Deductible** | **$ 1,000. Per "Occurrence" For Any One Person or Organization** |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. The following is added to COVERAGES (Section I):

**Pest Inspection Damage Liability Coverage**

1. Insuring Agreement - Bodily Injury and Property Damage Liability

a. We will pay those sums that the insured becomes legally obligated to pay as compensatory damages because of "pest inspection damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (Section III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No provisions contained in any contract the insured has entered into for "pest inspections" will extend or broaden the scope of coverage afforded by this endorsement.

b. This insurance applies to "pest inspection damage":

(1) Arising from a "pest inspection" which takes place in the "coverage territory";

(2) Inspections must be made by the insured during the policy period and in the course of the insured's business as a "pest" control operator or contractor;

(3) Caused by an "occurrence"; and

(4) Which occurs within [illegible] months of the date of a reported "pest [illegible]pection".

Any "pest inspection damage" must be reported to the Company within 24 months of the date of a reported "pest inspection" for it to be a valid claim under the **PEST INSPECTION DAMAGE LIABILITY COVERAGE.**

2. Exclusions

This insurance does not apply to:

a. Any fee charged by the insured for the control or eradication of "pests".

b. "Property damage" or "pest damage" which exists at the time of the "pest inspection".

c. "Bodily injury", "property damage" or "environmental damage" expected or intended from the standpoint of the insured.

B. SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is amended to read:

SUPPLEMENTARY PAYMENTS - COVERAGES A, B AND the **PEST INSPECTION DAMAGE LIABILITY COVERAGE.**

SECTION II – The following is added to WHO IS AN INSURED (SECTION II)

The following provisions apply only to **PEST INSPECTION DAMAGE LIABILITY COVERAGE:**

If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

Your employees other than your executive officers are also insureds, but only for acts within the scope of their employment by you.

SECTION III - LIMITS OF INSURANCE is altered as follows:

The following provisions apply only to the **PEST INSPECTION DAMAGE LIABILITY COVERAGE**

Paragraph 1 is replaced by the following:

The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insurers;

b. Claims made or "suits" brought;

c. Persons or organizations making claims or bringing "suits"; or

Paragraph 2 is replaced by the following:

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

   c. Damages under Coverage B; and

   d. Damages under the PEST INSPECTION DAMAGE LIABILITY COVERAGE.

The following is added:

8. Subject to 2. above (The General Aggregate Limit), the Aggregate Pest Inspection Damage Limit is the most we will pay for the sum of "pest inspection damage".

9. Subject to 2. above (The General Aggregate Limit) and 8. above (the Aggregate Pest Inspection Damage Limit) the most we will pay for the sum of "pest inspection damage" arising out of any one "occurrence" is the lesser of:

   a. The Per Occurrence Pest Inspection Damage Limit, as shown in the Schedule of this Endorsement, minus the Pest Inspection Deductible Amount, if any, shown in the Schedule of this Endorsement; or

   b. The sum of those damages minus the Pest Inspection Deductible Amount, if any, shown in the Schedule of this Endorsement.

The Limits of Insurance of this Endorsement, as shown in the Schedule of this Endorsement, apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

SECTION IV – CONDITIONS is amended as follows:

Paragraph 8., Other Insurance, is amended as follows:

All references to Coverages A or B are amended to read Coverages A, B or the PEST INSPECTION DAMAGE LIABILITY COVERAGE.

The following paragraph is added:

14. Maintenance of Pest Control Inspection Records

You shall keep and maintain at your business office, a copy of a completed graph on a form specified by us a listing of all "pest inspections" performed. A copy of this completed graph shall be submitted to us as often as we reasonably require it.

SECTION V - DEFINITIONS

The following additional definitions which are applicable only to **PEST INSPECTION DAMAGE LIABILITY COVERAGE** are added to DEFINITIONS (Section V):

1. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

2. "Occurrence" means an active "pest" infestation of property, including continuous or repeated exposure to substantially the same general harmful conditions, which existed, but was not indicated on the insured's "inspection report" at the time of the "pest inspection".

3. "Pest" means structural pests and all invertebrate wood destroying organisms.

4. "Pest Inspection" means:

   a. a service performed in the course of your business as a "pest" control operator or contractor, for which a fee is charged; and

   b. a service performed to determine the presence of "pests" at a designated location in your service contract for the service.

5. "Pest inspection damage" means any physical injury to property which:

   a. Necessitates repair or replacement of damaged portions of such damaged property; and

   b. Such injury results from a "pest" infestation which was not indicated on the inspection report, but should have been discovered through routine inspections of property that was accessible at the time of the "pest inspection".

THIS ENDORSEMEN HANGES THE POLICY. PLEASE EAD IT CAREFULLY.

# POLLUTION LIABILITY—AUTO HAZARD COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Limits of Insurance:**

Per Occurrence Pollution Liability -Auto Hazard Coverage Limit $ 1,000,000.

**Deductible:**

Per Occurrence Pollution Liability - Auto Hazard Deductible $ 1,000.

**Premium:** $ INCLUDED

A. The following is added to COVERAGES (Section I):

**Pollution Liability– Auto Hazard Coverage**

1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will also pay those sums that the insured legally must pay as a "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "occurrence". We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for such damage is limited as described in LIMITS OF INSURANCE (Section III); and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or **Pollution Liability – Auto Hazard Coverage** or medical expenses under Coverage C.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

# POLLUTION LIABILITY—AUTO HAZARD COVERAGE

(3) The "bodily injury" or "property damage" arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" that are, or that are contained in, any property that is:

(a) Being transported or towed by, handled, or handled for movement into, onto or from, any "auto" owned by, rented to or leased to, or used by the insured;

(b) Otherwise in the course of transit by or on behalf of the insured; or

(c) Being stored, disposed of, treated or processed in or upon any "auto" owned by, rented to or leased to, or used by the insured.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. Exclusions

This insurance does not apply to:

a. Any obligation imposed on the insured or any company as its insurer under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

b. "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse or child, parent, brother or sister of that employee as a consequence of (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

c. "Bodily injury" to any fellow employee of the insured arising out of and in the course of the fellow employee's employment.

d. "Bodily injury" or "property damage" for which the insured has assumed liability under any contract or agreement.

But this exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the insured would have in the absence of the contract or agreement.

e. "Property damage" to or "covered pollution cost or expense" involving property owned or transported by the insured or in the insured's care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

f. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

g. "Bodily injury or "property damage" resulting from the handling of property:

(1) Before it is moved from the place where it is accepted by the insured for movement into or onto any "auto" owned by, rented to or leased to, or used by the insured; or

(2) After it is moved from any "auto" owned by, rented to or leased to, or used by the insured, to the place where it is finally delivered by the insured.

h. "Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to any "auto" owned by, rented to or leased to, or used by the insured.

i. "Bodily injury" or "property damage" arising out of the operation of any equipment listed in paragraphs f. (2) and f. (3) of the definition of "mobile equipment".

j. "Bodily injury" or "property damage" arising out of "your work" and included in the "products-completed operations hazard".

k. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

l. "Bodily injury", "property damage" or "covered pollution cost or expense" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of:

(1) Fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of any "auto" owned by, rented to or leased to, or used by the insured or the parts of such "auto", if:

(a) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(b) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in paragraphs f. (2) and f. (3) of the definition of "mobile equipment".

(2) "Pollutants" not in or upon any "auto" owned by, rented to or leased to or used by the insured caused by an "occurrence" which happens away from premises owned by or rented to an insured.

(a) Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto such auto; or

(b) After the "pollutants" or any property in which the "pollutants" are contained are moved from any "auto" owned by, rented to or leased to, or used by the insured to the place where they are finally delivered, disposed of or abandoned by the insured;

If:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of any "auto" owned by, rented to or leased to, or used by the insured; and

(b) The discharge, disposal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

B. LIMITS OF INSURANCE (Section III) is amended as follows:

The following provisions apply only to **Pollution Liability – Auto Hazard Coverage.**

Paragraph 1 is replaced by the following:

1. The Limits of Insurance shown above in the Schedule of this endorsement and the rules shown below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made; or

   c. Persons or organizations making claims or bringing "suits".

Paragraph 2 is replaced by the following:

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

c. Damages under Coverage B; and

d. Damages under the **Pollution Liability–Auto Hazard Coverage.**

The following is added:

8. Subject to 2. above (the General Aggregate Limit), the most we will pay for damages under **Pollution Liability – Auto Hazard Coverage** incurred because of all "bodily injury" and "property damage" arising out of any one "occurrence" is the lesser of:

   a. The Per Occurrence Pollution Liability – Auto Hazard Coverage Limit as shown in the Schedule of this Endorsement , minus the Per Occurrence Pollution Liability - Auto Hazard Deductible, if any, shown in the Schedule of this Endorsement; or

   b. The sum of those damages minus the Per Occurrence Pollution Liability - Auto Hazard Deductible, if any, shown in the Schedule of this Endorsement.

With respect to **Pollution Liability– Auto Hazard Coverage** Subparagraph 2.b. of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

b. Damages under Coverage A and **Pollution Liability – Auto Hazard Coverage**, Subparagraph 2.b. of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

   We may, or will if required by law, pay part or all of any Deductible Amount, if applicable, to effect settlement of any claim. Upon notice of our payment of a deductible amount, you shall promptly reimburse us for the part of the deductible amount we paid.

C. The following is added to DEFINITIONS (Section V):

The following Additional Definition applies only to **Pollution Liability– Auto Hazard Coverage.**

Additional Definitions

"Covered pollution cost or expense" means any cost or expense arising out of:

a. Any request, demand or order; or

b. Any claim or "suit" by or on behalf of a governmental authority demanding:

that the insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants":

a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto any "auto" owned by, rented to or leased to, or used by the insured; or

b. After the "pollutants" or any property in which the "pollutants" are contained are moved from any "auto" owned by, rented to or leased to, or used by the insured, to the place where they are finally delivered, disposed of or abandoned by the insured.

Paragraphs a. and b. above do not apply to any "occurrence" that occurs away from premises owned by or rented to an insured with respect to "pollutants" not in or upon a covered "auto" if:

a. The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of any "auto" owned by, rented to or leased to, or used by the insured; and

b. The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BLANKET ADDITIONAL INSURED
## (Named Insured's Operations)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Additional Insured | Type of Service |
|---|---|
| | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

WHO IS AN INSURED (Section II) is amended to include, as an additional insured:

1. The person, organization, trustee or estate shown in the Schedule or to whom you are obligated by written contract to provide insurance such as that afforded by this policy, or

2. The person, organization, trustee or estate specifically designated as an additional insured on authorized Certificate of Insurance received by us prior to any "occurrence" including the additional insured designated;

but only with respect to acts or omissions arising out of your pest control operations or out of operations from the service noted in the Schedule on behalf of said additional insured.

Nothing herein contained shall be held to waive, vary, alter or extend any condition or provision of the policy other than as stated above.