IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES FIDELITY
& GUARANTY COMPANY and
ARCH INSURANCE COMPANY,

PLAINTIFFS,

VS. Case No. 1:06CV571-VPM

TOMMY MORGAN,

DEFENDANT.

## ANSWER TO COMPLAINT

Comes now the Defendant in the above styled cause and as answer to the Plaintiffs' complaint for declaratory judgment, says as follows:

1. He admits the allegations contained in paragraphs 4, 11, 12, 13, 14, 15, and 19 of said complaint. Defendant admits that he is over the age of nineteen years and resides in the state of Florida.

2. Defendant has no knowledge of the allegations contained in paragraphs 6, 7, 8, 9, 10, and 18 of said complaint and neither admits or denies the allegations contained therein. He avers that he was an employee of Environmental Security of Dothan at all times complained of by claimants as alleged in paragraphs 12 through 15 of the complaint and was acting at the direction and under the control of his employer and within the line and scope of his employment.

3. Defendant denies that he violated any law, committed any criminal act, violated any state, federal, or local

Case 1:06-cv-00705-WKW-WC Document 3-2 Filed 08/16/2006 Page 1 of 1

ordinance in regard to the claims made by the claimants as alleged in paragraphs 12 through 15 of the complaint.

RESPECTFULLY SUBMITTED this 15th day of August, 2006

J. R. HERRING, ESQUIRE (HER009)
ATTORNEY FOR DEFENDANT

________________________________
P. O. BOX 6983
DOTHAN, ALABAMA 36302
334 793-7649
334 792-5570 (FAX)
[illegible]

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Gregory D. Crosslin, Esq., attorney for the Plaintiffs, by mailing a copy of same to 1008 Airport Road, Suite F, Destin, Florida 32541, properly addressed and postage prepaid.

This 15th day of August, 2006.

________________________________
OF COUNSEL FOR DEFENDANT