**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 16, 2006

# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: United States Fidelity & Guaranty Company et al v. Morgan**

**Case Number: 1:06-cv-00571-VPM**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review. Reference is made to document # 3 Answer filed on August 16, 2006.**