**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 30, 2006

# NOTICE OF REASSIGNMENT

Re: United States Fidelity & Guaranty Company, et al. v. Tommy Morgan
Civil Action No. #1:06-cv-00571-VPM

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #1:06-cv-00571-WKW. This new case number should be used on all future correspondence and pleadings in this action.