IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES FIDELITY &
GUARANTY COMPANY, *et al.*, )
)
Plaintiffs, )
v. ) CASE NO. 1:06-cv-571-WKW
)
TOMMY MORGAN, )
)
Defendant. )

**ORDER**

It is ORDERED that **on or before December 4, 2006,** the parties shall show cause in writing why they have failed to comply with this court's September 7, 2006 Order (Doc. # 6). In the order, the court directed the parties to file a jointly prepared Rule 26(f) report on or before September 28, 2006. The court record reflects that the parties have not done so.

DONE this 20th day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE