IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>TOMMY MORGAN, )<br>)<br>Defendant. ) | CASE NO. 1:06-cv-571-WKW<br>[wo] |

**FINAL JUDGMENT**

It has come to the court's attention that the parties have failed to comply with this court's September 7, 2006 Order (Doc. # 6) directing the parties to file their Rule 26(f) report, and November 20, 2006 Order (Doc. # 7) to show cause for failure to comply with this court's order. Moreover, there has been no party-initiated activity in this case since August 2006. In light of the parties' inactivity and repeated failures to comply with the court's orders, it is ORDERED, under the court's inherent authority to manage its docket, that this case is DISMISSED without prejudice for failure to prosecute and to comply with the court's orders.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of January, 2007.

                                            /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE