RECEIVED

JAN 19 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**UNITED STATES FIDELITY & GUARANTY COMPANY and ARCH INSURANCE COMPANY**

**Plaintiffs**

**vs.** **CASE NO. 1:06-CV-571-WKW**

**TOMMY MORGAN**

**Defendant**

**PLAINTIFFS' MOTION TO RECONSIDER FINAL JUDGMENT ENTERED JANUARY 18, 2007**

COMES NOW, the Plaintiffs' UNITED STATES FIDELITY & GUARANTY COMPANY and ARCH INSURANCE COMPANY, by and through counsel, and files their Motion to Reconsider Final Judgment Dated January 18, 2007 and as grounds therefore shows unto this Court as follows:

1. The undersigned received a copy of the Show Cause Order dated November 20, 2006 by facsimile from the defense counsel, a copy of which is attached hereto and marked as Exhibit "A" requesting a joint report be filed.

2. On November 27, 2006 the undersigned prepared the Parties Notice of Compliance with Order dated September 7, 2006 for both counsel to sign, a copy of which is attached hereto and marked as Exhibit "B".

3. In the Parties Notice of Compliance they parties further requested that a conference be scheduled by the court.

4. The undersigned sent the original Parties Notice of Compliance to the opposing counsel for signature by Federal Express delivery, a copy of the delivery confirmation is attached

hereto and marked as Exhibit "C".

5. The parties further agreed that the J.R. Herring, attorney for the Defendant was going to walk the Parties Notice of Compliance to the Court for proper filing.

6. The undersigned is unclear as to the reasoning why the Parties Notice of Compliance was never filed, but was advised that it was being filed by Defendant counsel's office.

7. The undersigned contacted the Defendant's counsel and was advised that the original was still in his file.

**WHEREFORE, PREMISES CONSIDERED** Plaintiffs' respectfully request this Court to reconsider the Final Judgment entered January 18, 2007 and allow the parties to file the Parties Notice of Compliance with Order dated September 7, 2006 and reinstate this matter and schedule a Case Management Conference.

DATED this 18th day of January, 2007.

Respectfully submitted,

**GREGORY D. CROSSLIN (CRO044)**
**ATTORNEY FOR DEFENDANT**

**OF COUNSEL:**
**CROSSLIN & ASSOCIATES, P.C.**
**1234 Airport Road, Suite 128**
**Destin, Florida 32541**
**Telephone: 850-650-7378**
**Facsimile: 850-650-3990**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following attorney(s) of record by placing a copy of the same in the United States Mail, postage prepaid this the 19th day of January, 2007.

J.R. Herring, Esq.
Post Office Box 6983
Dothan, Alabama 36302

OF COUNSEL