PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

US Airbill Tracking Number 8567 1636 1164

Sender's FedEx Account Number 2621-6516-7

Date 7/06

Sender's Name: [Jim] Richardson Phone (850) 650-7378

Company: ...SLIN & ASSOCIATES

Address: ... AIRPORT RD STE F Dept./Floor/Suite/Room

State FL ZIP 32541-2822

Your Internal Billing Reference (... will appear on invoice): USF&G v Tommy Morgan

Recipient's Name: ... E. Herring, Esq. Phone (334) 793-7649

Address: Post Office Box 6983 Dept./Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

To request a package be held at a specific FedEx location, print FedEx address here.

City: Dothan State AL ZIP 36302

0331114852

**4a Express Package Service** — *Packages up to 150 lbs.*

- [X] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** — *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [X] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† | |
|---|---|---|---|
| | | $ .00 | FedEx Use Only |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 *NEW* Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Anyone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, anyone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 11/05•Part #158279•©1994–2005 FedEx•PRINTED IN U.S.A.•SRF

Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

EXHIBIT "C"

tabbies

Track Shipments

## Detailed Results

Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 856796529481 | **Reference** | USF&G & TOMMY GRIGAN |
| **Signed for by** | D.KRAUSE | **Delivered to** | Receptionist/Front Desk |
| **Ship date** | Nov 28, 2006 | **Service type** | Priority Envelope |
| **Delivery date** | Nov 29, 2006 9:06 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 29, 2006** | 9:06 AM | **Delivered** | | |
| | 8:19 AM | On FedEx vehicle for delivery | DOTHAN, AL | |
| | 7:53 AM | At local FedEx facility | DOTHAN, AL | |
| | 5:57 AM | At dest sort facility | TALLAHASSEE, FL | |
| | 3:44 AM | Departed FedEx location | MEMPHIS, TN | |
| **Nov 28, 2006** | 11:56 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 7:07 PM | Left origin | FORT WALTON BEACH, FL | |
| | 1:35 PM | Picked up | FORT WALTON BEACH, FL | |
| | 5:46 AM | At local FedEx facility | FORT WALTON BEACH, FL | |

Signature proof | E-mail results | Track more shipments

Subscribe to tracking updates (optional)

**Your Name:** **Your E-mail Address:**

| **E-mail address** | **Language** | **Exception updates** | **Delivery updates** |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions