IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES FIDELITY & GUARANTY )
COMPANY AND ARCH INSURANCE COMPANY, )

PLAINTIFFS, )

VS. ) Case No. 1:06-CV-571-WKW

TOMMY MORGAN, )

DEFENDANT. )

RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER

Comes now the Defendant in the above styled cause and in response to the Plaintiff's motion to reconsider the final judgment entered January 18, 2007, says as follows:

1. Defendant admits to the allegations in paragraphs 1 through 4 of said motion.

2. The parties agreed that counsel for Defendant would sign the Notice of Compliance and forward same to the Clerk of this Court for filing, not walk the Notice to the Court as alleged.

3. On the date that counsel for Defendant received said Notice of Compliance, said counsel's legal assistant received a call from "Jason" in Plaintiff's counsel office who advised that there was a mistake in the Notice of Compliance and a corrected Notice of Compliance would be forthcoming. The incorrect Notice of Compliance was placed in the Defendant's file. No corrected Notice of Compliance was received.

DATED this 22nd day of January, 2007.