J. R. HERRING, ESQ. (HER009)
ATTORNEY FOR DEFENDANT

P. O. BOX 6983
DOTHAN, ALABAMA 36302
334 793-7649
334 792-5570 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Gregory D. Crosslin, Esq., attorney for Plaintiffs by mailing a copy of same to 1234 Airport Road, Suite 128, Destin, Florida 32541, properly addressed and postage prepaid.

This 22nd day of January, 2007.

OF COUNSEL FOR DEFENDANT