**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

2007 JAN 25 A 9:49

| | |
|---|---|
| **UNITED STATES FIDELITY & GUARANTY COMPANY and ARCH INSURANCE COMPANY** | ) |
| **Plaintiffs** | ) |
| vs. | ) **CASE NO. 1:06-CV-571-WKW** |
| **TOMMY MORGAN** | ) |
| **Defendant** | ) |

**PARTIES NOTICE OF COMPLIANCE WITH ORDER DATED SEPTEMBER 7, 2006**

**COMES NOW** the parties, by and through their respective counsel, and hereby files this their joint response to this Court's Order dated November 20, 2006 in the above styled cause and shows unto the Court as follows:

1. On about October 20, 2006, Plaintiffs filed their Rule 26 disclosure. See Attachment A.

2. On about October 30, 2006, Defendant filed his Rule 26 disclosure in the above styled clause. See Attachment B.

3. Attorneys of record for the parties met and discussed all items contained in Rule 26 of the Federal Rules of Civil Procedure prior to submitting said Rule 26 disclosures.

4. The parties inadvertently failed to file the said Rule 26 disclosures with the Court and/or schedule a conference with the Court.

WHEREFORE, premises considered, the parties respectfully request this Court to accept the parties Rule 26 disclosures as exchanged as indication of the parties attempt to comply with this Court's Order and further to schedule a conference and or meeting of the parties to further establish deadlines in the above styled cause.

Respectfully submitted by:

GREG D. CROSSLIN
(CRO044)
Attorney of the Plaintiff

J.R. Herring, Esq.
(HER009)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon all parties of record, as listed below, by placing same in the United States Mail, postage pre-paid and properly addressed on this 23 day of ~~November~~ January, 200~~6~~7

Greg D. Crosslin
1008 Airport Road, Suite F
Destin, Florida 32541

J.R. Herring, Esq.
Post Office Box 6983
Dothan, Alabama 36302

**OF COUNSEL**