RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

2007 FEB -7 A 9:42

U.S. DISTRICT COURT
MIDDLE DISTRICT

| | |
|---|---|
| **UNITED STATES FIDELITY & GUARANTY COMPANY and ARCH INSURANCE COMPANY** | ) |
| **Plaintiffs** | ) |
| **vs.** | ) **CASE NO. 1:06-CV-571-WKW** |
| **TOMMY MORGAN** | ) |
| **Defendant** | ) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT OR CASE MANAGEMENT CONFERENCE**

COMES NOW, the Plaintiffs' UNITED STATES FIDELITY & GUARANTY COMPANY and ARCH INSURANCE COMPANY, by and through counsel, and files their Request for Oral Argument and as grounds therefore shows unto this Court as follows:

1. On January 19, 2007 this Honorable Court entered a Final Judgment due to the parties non-compliance to the Show Cause Order dated November 20, 2006 and the Order dated September 7, 2006.

2. Plaintiffs filed its Motion to Reconsider Final Judgement on or about January 19, 2007. As Plaintiffs believe it was in compliance with the Courts order and Plaintiff believes oral argument would be of assistance to this Court.

3. The parties have agreed pursuant to the Motion to Reconsider Final Judgement and the Response to Motion to Reconsider, that this above-styled matter should be reinstated and move forward with the preparations towards final resolution. The parties have made good faith efforts towards this matter.

**WHEREFORE, PREMISES CONSIDERED** Plaintiffs' respectfully request this Court to hear oral argument on their Motion to Reconsider the Final Judgment entered January 18, 2007 and/or schedule a Case Management Conference in this cause.

DATED this 5th day of February, 2007

Respectfully submitted,

**GREGORY D. CROSSLIN (CRO044)**
**ATTORNEY FOR DEFENDANT**

**OF COUNSEL:**
**CROSSLIN & ASSOCIATES, P.C.**
**1234 Airport Road, Suite 128**
**Destin, Florida 32541**
**Telephone: 850-650-7378**
**Facsimile: 850-650-3990**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following attorney (s) of record by placing a copy of the same in the United States Mail, postage prepaid this the 5th day of February, 2007.

J.R. Herring, Esq.
Post Office Box 6983
Dothan, Alabama 36302

**OF COUNSEL**