IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:06-cv-571-WKW |
| | ) | |
| TOMMY MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiffs' Request Oral Argument or Case Management Conference (Doc. # 12), it is ORDERED that the motion is GRANTED. A hearing in this matter is set on **February 20, 2007, at 3:00 p.m.**, in Courtroom 2E, Frank M. Johnson United States Courthouse Annex, One Church Street, Montgomery, Alabama.

DONE this 8th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE