# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

☐ Northern ☑ Southern ☐ Eastern

HON. W. Keith Watkins AT Montgomery, Alabama

DATE COMMENCED 2/20/2007 @ 3:00 ☐ a.m. ☑ p.m

DATE COMPLETED 2/20/2007 @ 3:07 ☐ a.m. ☑ p.m

**CASE NO.** 1:06CV571-WKW

USF&G COMPANY, ET AL.
*Plaintiff(s)*

VS.

TOMMY MORGAN
*Defendant(s)*

**APPEARANCES**

*Plaintiff(s)/Government*
Gregory Crosslin

*Defendant(s)*
Jerry Herring

**COURT OFFICIALS PRESENT:**

*Ctrm Clerk:* S. Q. Long, Jr.
*Crt Rptr:* Risa Entrekin
*Law Clerk:*
*Interpreter:*
*USPO/USPTS:*
*Other:*

**PROCEEDINGS:**

☐ Motion Hearing: CASE MANAGEMENT CONFERENCE
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other

☑ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob

☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☐ *Pretrial Conference*

Pending Motions:
Discovery Status
Plea Status
Trial Status/Length
Trial Term: