IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES FIDELITY & GUARANTY COMPANY, *et al.*,

Plaintiffs,

v.

TOMMY MORGAN,

Defendant.

CASE NO. 1:06-cv-571-WKW

**ORDER**

Before the court is Plaintiffs' Motion to Reconsider Final Judgment Entered January 18, 2007 (Doc. # 9). Having considered Plaintiffs' Motion, Defendant's Response to Plaintiff's [sic] Motion to Reconsider (Doc. # 10), oral argument of both parties, and Rule 59(e) of the Federal Rules of Civil Procedure, it is ORDERED that the Motion is GRANTED. The Final Judgment (Doc. # 8) entered in this case is hereby VACATED. It is further ORDERED that both parties submit a discovery plan by reference to Form 35 of the Federal Rules of Civil Procedure Appendix of Forms by **March 6, 2007**.

DONE this 26th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE