**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**

**UNITED STATES FIDELITY & GUARANTYCOMPANY and ARCH INSURANCE COMPANY**

**Plaintiffs,**

**vs.** **CASE NO. 1:06-CV-571-WKW**

**TOMMY MORGAN**

**Defendant.**

______________________________/

**REPORT OF PARTIES PLANNING MEETING**

COMES NOW, the parties and hereby submit this Report of Parties Planning Meeting and show onto the Court as follows:

1. Pursuant to Fed. R. Civ. P Rule 26(f), a second meeting was held on the 28th day of February, 2007 and was attended by:

| | |
|---|---|
| Greg D. Crosslin<br>1008 Air port Road Ste F<br>Destin, Florida 32541 | J.R. Herring<br>Post Office Box 6983<br>Dothan, Alabama 36302 |

2. Pre-Discovery Disclosures: The parties have exchanged the information required by Fed. R. Civ. P. Rule 26(a)(1).

3. Discovery Plan: The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

(1) Involvement/activity of Environmental Security, Inc.
(2) Contracts/suits between Environmental and individual claimants, businesses, claimants;
(3) Actions by Tommy Morgan relative to individual customers/claimants,
(4) Investigation/findings by Alabama Department of Agriculture and related issues;

(5) Policy of coverage issued to Environmental Security, Inc.; and
(6) Claimants actions, cause in state court actions.

4. Disclosure or discovery of electronically stored information should be handled as follows:

(a) Plaintiffs are unaware of any issue regarding electronically stored information, but commit to resolve if any arises.

5. The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows:

(a) Each party will prepare and serve a privilege log to the extent one becomes necessary and will attempt to resolve any disputes between them;

(b) If any cannot be resolved, the parties agree to submit the log to the Court and brief accordingly.

6. All discovery shall be commenced in time to be completed by January 1, 2008.

(a) Maximum of seventy (70) interrogatories by each party to any other party, response being due thirty (30) days after service;

(b) Maximum of one hundred (100) requests for admission by each party to any other party, response being due thirty (30) days after service;

(c) Maximum of twenty-four (24) depositions by Plaintiffs and twenty-four (24) depositions by Defendant;

(d) Each deposition (other than of experts) shall be limited to maximum of three (3) hours unless extended by agreement of the parties.

7. Reports from retained experts under Rule 26(a)(2) will be due on or before thirty days (30) days prior to the deposition but not later than August 30, 2007 for Plaintiffs and no later than September 30, 2007 for Defendant.

8. Supplements under Rule 26 (e) due every sixty (60) days.

9. The parties do not request a conference with the Court before entry of the scheduling Order.

10. The parties request a pre-trial conference in May, 2008.

11. Plaintiffs should be allowed until September 15, 2007 to join additional parties and until October 15, 2007 to amend the pleadings.

12. Defendant should be allowed until October 30, 2007 to join additional parties and until November 30, 2007 to amend the pleadings.

13. All potential dispositive motions should be filed by March 1, 2008.

14. Settlement cannot be evaluated prior to discovery.

15. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiffs by January 15, 2008 and from Defendant by February 15, 2008.

16. The parties should have ten (10) days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

17. The case should be ready for trial by May, 2008 and at this time it is expected to last three (3) days.

DATED this 7th day of March, 2007.

Respectfully submitted,

**GREGORY D. CROSSLIN (CRO044)**
**Attorney for Plaintiffs United States Fidelity & Guaranty Company and Arch Insurance Company**

**OF COUNSEL:**
**CROSSLIN & ASSOCIATES, P.C.**
**1008 Airport Road, Suite F**
**Destin, Florida 32541**
**Telephone: 850-650-7378**
**Facsimile: 850-650-3990**

**J.R. HERRING ( HER007 )**
**Attorney for Defendant Tommy Morgan**

**OF COUNSEL:**
**J.R. Herring, Esq.**
**Post Office Box 6983**
**Dothan, Alabama 36302**
**Telephone: 334-793-7649**
**Facsimile: 334-792-5570**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following attorney (s) of record by placing a copy of the same in the United States Mail, postage prepaid this the 7th day of March, 2007.

J.R. Herring, Esq.
Post Office Box 6983
Dothan, Alabama 36302

**OF COUNSEL**