IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 AUG 22 A 10: 02

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY and ARCH INSURANCE COMPANY | ) | |
| Plaintiffs | ) | |
| vs. | ) | CASE NO. 1:06-CV-571-WKW |
| TOMMY MORGAN | ) | |
| Defendant | ) | |

**STIPULATION, RELEASE AND NOTICE OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY stipulated between the Plaintiff and the Defendant as follows:

1. The Defendant, Tommy Morgan agrees that none of the Plaintiffs have any duty to defend him or any pest control company he owns, is employed by or operates in any pending or present claims, causes of action or suits including but not limited to the following cases, Matthew Fisher, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000033-A; Karen Godfrey, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000032-A; Imogene Knight, et al v. Environmental Security, Circuit Court in Houston County Case No.: 2003-000034-A; Gary E. Manz, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000035-A; and Franklin Koontz, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000056-A; said suits, claims or cause of actions arising out of the facts made the basis of Plaintiff's Declaratory Judgment Action.

2. The defendant, Tommy Morgan individually and/or on behalf of any pest control

company he owns, is employed by or operates hereby releases any and all claims he may have or may have had against any and all Plaintiffs herein for the defense of any claims, suits or cause of actions, including but not limited to the following cases, Matthew Fisher, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000033-A; Karen Godfrey, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000032-A; Imogene Knight, et al v. Environmental Security, Circuit Court in Houston County Case No.: 2003-000034-A; Gary E. Manz, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000035-A; and Franklin Koontz, et al v. Environmental Security, Circuit Court of Houston County Case No.: 2003-000056-A, said suits, claims or cause of actions arising out of the facts made the basis of Plaintiff's Declaratory Judgment Action.

IT IS FURTHER agreed that this matter shall be dismissed without prejudice and that the Plaintiff's shall have the right to reinstate the Declaratory Judgment action at a later date.

Respectfully submitted this the 14th day of August, 2007.

J.R Herring, Esquire
Ala. Bar No. HER009
Post Office Box 6983
Dothan, Alabama 36302
Attorney for Defendant

Gregory D. Crosslin
Ala. Bar No.: CRO044
1008 Airport Road Ste. F
Destin, Florida 32541
Attorney for Plaintiffs

Tommy Morgan, Defendant