IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CASE NO. 1:06-cv-571-WKW [wo] |
| TOMMY MORGAN, | ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Upon consideration of the parties' Stipulation, Release and Notice of Dismissal Without Prejudice (Doc. # 19), it is ORDERED that this case is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6thday of September, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE